# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TONI-JO TASCHNER-RICHARDSON,<br><br>Plaintiff(s),<br><br>v.<br><br>AMERICAN GENERAL FINANCE, et al.,<br><br>Defendant(s). | Case No. 2:17-CV-1660 JCM (CWH)<br><br>ORDER |

Presently before the court is the matter of *Taschner-Richardson v. American General Finance et al.*, case number 2:17-cv-01660-JCM-CWH.

In light of the notice of settlement (ECF No. 15) between plaintiff Toni-Jo Taschner-Richardson and defendant Equifax Information Services, LLC, the court vacates all pending dates and failing requirements as to Equifax and orders the parties to file, within sixty (60) days of the entry of this order, a stipulation to dismiss Equifax or a status report.

IT IS SO ORDERED.

DATED August 17, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**