David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, TONI-JO TASCHNER-RICHARDSON*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| TONI-JO TASCHNER-RICHARDSON,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GENERAL FINANCE;<br>HYUNDAI MOTOR FINANCE CO.;<br>WELLS FARGO CARD SERVICES;<br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 2:17-cv-01660-JCM-CWH<br><br>**STIPULATION AND ORDER DISMISSING ACTION AS TO WELLS FARGO CARD SERVICES ONLY** |

Plaintiff TONI-JO TASCHNER-RICHARDSON and Defendant WELLS FARGO CARD SERVICES hereby stipulate and agree that the above-entitled

…

…

…

…

…

…

action shall be dismissed in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, WELLS FARGO CARD SERVICES**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: October 18, 2017

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/ Tanya N. Lewis, Esq. |
| David H. Krieger, Esq. | Tanya N. Lewis, Esq. |
| Nevada Bar No. 9086 | Snell & Wilmer, LLP |
| HAINES & KRIEGER, LLC | 3883 Howard Hughes Parkway |
| 8985 S. Eastern Avenue | Suite 1100 |
| Suite 350 | Las Vegas, NV 89169 |
| Henderson, Nevada 89123 | *Attorney for Defendant WELLS FARGO CARD SERVICES* |
| *Attorney for Plaintiff* | |

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: \_\_October 19, 2017_____